FILED
2006 Jan-31 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| ADRIAN L. LACEY, | ] |
| Petitioner, | ] |
| vs. | ] CIVIL ACTION NO. 05-RBP-RRA-0966-E |
| WARDEN DARRELL DREW, SOUTHEAST REGIONAL DIRECTOR RAY HOLT, and FORMER WARDEN MARTHA JORDAN, | ] |
| Respondents. | ] |

## **MEMORANDUM OPINION**

The magistrate judge entered a report and recommendation recommending that the § 2241 petition be transferred to the United States District Court for the Middle District of Florida. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The petition is due to be TRANSFERRED to the United States District Court for the Middle District of Florida. An appropriate order will be entered.

Done this 31st day of January, 2006.

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**